# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Walgreen Co. | 11/29/2022 | Wire | $ 9,420.38 |
| Akorn Operating Company, LLC | Walgreen Co. | 12/8/2022 | Wire | $ 39,409.80 |
| Akorn Operating Company, LLC | Walgreen Co. | 12/27/2022 | Wire | $ 11,107.00 |
| Akorn Operating Company, LLC | Walgreen Co. | 1/12/2023 | Wire | $ 7,754.71 |
| | | | | $ 67,691.89 |