# **EXHIBIT B**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit B**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Walgreens Boots Alliance, Inc. | 12/9/2022 | Wire | $ 261,453.99 |
| Akorn Operating Company, LLC | Walgreens Boots Alliance, Inc. | 12/23/2022 | Wire | $ 11,107.00 |
| Akorn Operating Company, LLC | Walgreens Boots Alliance, Inc. | 12/23/2022 | Wire | $ 247,100.80 |
| | | | | $ 519,661.79 |