IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br>v.<br><br>WALGREEN CO. and WALGREENS BOOTS ALLIANCE, INC<br><br>Defendants. | Adv. Proc. No. 25-50387 (KBO)<br><br>**Re: Adv. D.I. 1** |

## STIPULATION TO EXTEND TIME FOR RESPONSIVE PLEADING

Pursuant to Rule 7012-2 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, counsel for George Miller, solely as Chapter 7 Trustee of Akorn Holding Company LLC, et al. (the "Plaintiff"), and counsel for Walgreen Co. and Walgreens Boots Alliance, Inc. (together, the "Defendants"), hereby stipulate as follows:

1. Plaintiff filed its complaint against Defendants on February 23, 2025 [Adv. D.I. 1] (the "Complaint").

2. This Court issued the summonses to the Complaint on April 24, 2025 [Adv. D.I. 3, 4].

3. Defendants' deadline to respond to the Complaint is May 27, 2025.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

4. The parties agree that Defendants shall have through and including June 24, 2025, to answer or otherwise plead to the Complaint.

5. The parties agree that, if the Court issues an order approving the Procedures Motion before June 24, 2025, then the Defendants' deadline to answer or otherwise respond to the Complaint shall be further extended as provided in that order.

Dated: May 23, 2025

| **Saul Ewing LLP** | **MANATT PHELPS & PHILLIPS, LLC** |
|---|---|
| /s/ *Evan T. Miller* | /s/ *Schuyler Carroll* |
| Evan T. Miller (DE Bar No. 5364) | Schuyler Carroll, Esq. |
| Paige N. Topper (DE Bar No. 6470) | 7 Times Square |
| 1201 N. Market Street, Suite 2300 | New York, NY 10036 |
| Wilmington, DE 19801 | Telephone: (212) 790-4521 |
| Telephone: (302) 421-6800 | SCarroll@manatt.com |
| evan.miller@saul.com | |
| paige.topper@saul.com | *Counsel for Defendants* |
| | |
| *Counsel for Plaintiff* | |