# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO. and WALGREENS BOOTS ALLIANCE, INC.,<br><br>Defendants. | Adv. Proc. No. 25-50387 (KBO) |

## NOTICE OF SERVICE

I, Evan T. Miller, hereby certify that, on July 11, 2025, a copy of the Plaintiff's Initial Disclosures was served via E-Mail on the party below:

| | |
|---|---|
| ***E-Mail***<br>Schuyler Carroll<br>7 Times Square<br>New York, NY 10036<br>Email: scarroll@manatt.com | |

Dated: July 21, 2025            **SAUL EWING LLP**

                                       By: */s/ Evan T. Miller*
                                               Evan T. Miller (DE Bar No. 5364)
                                               Paige N. Topper (DE Bar No. 6470)

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

        1201 N. Market Street, Suite 2300
        Wilmington, DE 19801
        Telephone:  (302) 421-6800
        evan.miller@saul.com
        paige.topper@saul.com

*Counsel to Plaintiff*