# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, et al.,<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO. and WALGREENS BOOTS ALLIANCE, INC.<br><br>Defendants. | Adv. Pro. No. 25-50387 (KBO) |

## CERTIFICATE OF SERVICE

I, Matthew P. Austria, hereby certify that on the 22nd day of August, 2025, I caused a true and correct copy of the foregoing *Answer and Affirmative Defenses of Walgreen Co. and Walgreens Boots Alliance, Inc. to Plaintiff's Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502* to be served electronically on all parties receiving service through the Electronic Case Filing (ECF) system in this adversary proceeding and on the following parties in the manner indicated:

**VIA FIRST CLASS MAIL**
Evan T. Miller, Esquire
Paige N. Topper, Esquire
SAUL EWING LLP
1201 North Market St., Ste 2300
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Michelle G. Novick, Esquire
SAUL EWING LLP
161 North Clark Street, Ste 4200
Chicago, IL 60601

<u>**VIA FIRST CLASS MAIL**</u>
Turner N. Falk, Esquire
SAUL EWING LLP
1500 Market Street, 38th Fl.
Philadelphia, PA 19102

| | |
|---|---|
| Dated: August 22, 2025 | **AUSTRIA LEGAL, LLC** |
| | */s/ Matthew P. Austria* |
| | Matthew P. Austria (No. 4827) |
| | 1007 N. Orange St., 4th Floor |
| | Wilmington, DE  19801 |
| | Telephone: (302) 521-5197 |
| | Facsimile: (302) 291-1722 |
| | Email: maustria@austriallc.com |
| | ***Counsel for Defendant*** |