# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.,*<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO. and WALGREENS BOOTS ALLIANCE, INC.<br><br>Defendant. | Adv. Pro. No. 25-50387-KBO |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

     Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Schuyler G. Carroll, an attorney with Manatt, Phelps & Phillips, LLP to represent Walgreen Co. and Walgreens Boots Alliance, Inc. in this action.

Date: September 2, 2025

    */s/ Matthew P. Austria*
Matthew P. Austria (DE #4827)
Austria Legal, LLC
1007 N. Orange Street, 4th Floor
Wilmington, DE 19801
Telephone: (302) 521-5197
Email: maustria@austriallc.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Date: September 2, 2025

*/s/ Schuyler G. Carroll*
Schuyler G. Carroll
Manatt, Phelps & Phillips, LLP
7 Times Square
New York, NY 10036
Telephone: (212) 790-4521
Email: scarroll@manatt.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: September 3rd, 2025
Wilmington, Delaware

**KAREN B. OWENS**
**CHIEF JUDGE**