# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, et al.,[1]<br><br>    Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al.,<br><br>    Plaintiff,<br>v.<br><br>WALGREEN CO. and WALGREENS BOOTS ALLIANCE, INC.,<br><br>    Defendants. | Adv. Proc. No. 25-50387 (KBO)<br><br>**Re: Adv. D.I. 1, 3, 6, 12 & 13** |

## STIPULATION TO EXTEND TIME

In accordance with the *Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total Amount in Controversy Greater Than $75,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code* [Adv. D.I. 7] (the "Procedures Order"), counsel for George L. Miller, solely in his capacity as Chapter 7 Trustee of Akorn Holding Company LLC, et al. ("Plaintiff"), and counsel for Walgreen Co. and Walgreens Boots Alliance, Inc. ("Defendants"), hereby stipulate as follows:

1.    Plaintiff filed its complaint against Defendants on February 23, 2025 [Adv. D.I. 1] (the "Complaint").

---

[1]    The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

2. On June 11, 2025, the Court entered the Procedures Order in this adversary proceeding, which, among other things, allows Plaintiff and Defendant to stipulate to an extension of the deadlines in the Procedures Order without further Court approval. Procedures Order ¶ 47.

3. Pursuant to the *Stipulation to Extend Time* [Adv. D.I. 12], the deadlines set forth in the Procedures Order were extended by 30 days.

4. On August 22, 2025, the Defendants filed their answer to the Complaint. [Adv. D.I. 13].

5. Pursuant to the Procedures Order, Plaintiff and Defendant hereby stipulate that discovery deadlines set forth in Section E of the Procedures Order are further extended by an additional sixty (60) days. For the avoidance of doubt, the 60-day extension shall apply to responses to any outstanding discovery requests between the parties.

Dated: September 26, 2025

| **SAUL EWING LLP** | **MANATT PHELPS & PHILLIPS, LLC** |
|---|---|
| /s/ *Evan T. Miller* | /s/ *Schuyler Carroll* |
| Evan T. Miller (DE Bar No. 5364) | Schuyler Carroll, Esq. |
| Paige N. Topper (DE Bar No. 6470) | 7 Times Square |
| 1201 N. Market Street, Suite 2300 | New York, NY 10036 |
| Wilmington, DE 19801 | Telephone: (212) 790-4521 |
| Telephone: (302) 421-6800 | SCarroll@manatt.com |
| evan.miller@saul.com | |
| paige.topper@saul.com | *Counsel for Defendants* |
| | |
| *Counsel for Plaintiff* | |