IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AKORN HOLDING COMPANY LLC, *et al.*,[1] <br><br> Debtors. | Chapter 7 <br><br> Case No. 23-10253 (KBO) <br><br> (Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> WALGREEN CO. and WALGREENS BOOTS ALLIANCE, INC., <br><br> Defendants. | Adv. Proc. No. 25-50387 (KBO) |

**NOTICE OF SERVICE**

I, Evan T. Miller, hereby certify that, on October 2, 2025, a copy of *Plaintiff's First Set Of Interrogatories, Request For Production Of Documents And Requests For Admissions Directed To Defendants* was served via E-mail on the parties below:

| | |
|---|---|
| Russell E. Potter <br> Manatt, Phelps & Phillips, LLP <br> 1050 Connecticut Ave. NW, Suite 600 <br> Washington, D.C. 20036 <br> rpotter@manatt.com | Schuyler G. Carroll <br> Times Square Tower <br> 7 Times Square <br> New York, NY 10036 <br> scarroll@manatt.com |
| Matthew P. Austria <br> 1007 N. Orange St., 4th Floor <br> Wilmington, DE 19801 <br> maustria@austriallc.com | |

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

56431328.1
393059-00001

| | |
|---|---|
| Dated: October 2, 2025<br>Wilmington, Delaware | **SAUL EWING LLP**<br><br>*/s/ Evan T. Miller*<br>Evan T. Miller (DE Bar No. 5364)<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE  19899<br>Telephone:  (302) 421-6800<br>evan.miller@saul.com<br><br>and<br><br>Carmen Contreras-Martinez<br>(admitted pro hac vice)<br>701 Brickell Avenue, 17th Floor<br>Miami, FL 33131<br>Telephone: (305) 428-4500<br>carmen.contreras-martinez@saul.com<br><br>and<br><br>Ryan F. Coy (admitted pro hac vice)<br>1888 Century Park East, Suite 1500<br>Los Angeles, CA 90067<br>Telephone: (310) 255-6168<br>ryan.coy@saul.com<br><br>*Special Counsel to the Chapter 7 Trustee* |