# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC. *dba* WALGREEN CO. and WALGREENS,<br><br>Defendant. | Adv. Proc. No. 25-50387 (KBO) |

## NOTICE OF SERVICE

I, Evan T. Miller, hereby certify that on December 29, 2025, a copy of *George L. Miller, Chapter 7 Trustee's Objections and Responses to Defendant's First Set of Discovery Requests,* was served via E-mail on the parties below:

| | |
|---|---|
| Matthew P. Austria (No. 4827)<br>Austria Legal, LLC<br>1007 N. Orange St. 4th Floor<br>Wilmington, DE 19801<br>maustria@austriall.com | Schuyler G. Carroll (admitted *pro hac vice*)<br>Emily Whitely<br>Manatt, Phelps & Phillips, LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>scarroll@manatt.com<br>EWhitley@manatt.com<br><br>-and- |

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

57007465.1

|  | Russell E. Potter<br>Manatt, Phelps & Phillips, LLP<br>1050 Connecticut Ave. NW<br>Suite 600<br>Washington, D.C. 20036<br>RPotter@manatt.com |
|---|---|

Dated: January 5, 2026
Wilmington, Delaware

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
1201 N. Market Street, Suite 2300
Wilmington, DE  19801
Telephone:  (302) 421-6800
evan.miller@saul.com


*Special Counsel to the Chapter 7 Trustee*

57007465.1