# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AKORN HOLDING COMPANY LLC, et al., <br><br>        Debtors. | Chapter 7 <br><br> Case No. 23-10253 (KBO) <br><br> (Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, et al., <br><br>        Plaintiff, <br><br> v. <br><br> WALGREEN CO. and WALGREENS BOOTS ALLIANCE, INC. <br>        Defendants. | Adv. Pro. No. 25-50387 (KBO) |

## NOTICE OF SERVICE

Please take notice that on the 2nd day of December 2025, the *Defendants' Responses and Objections to Plaintiff's First Set of Interrogatories, Requests for Production, and Requests for Admissions* were caused to be served on the following parties in the manner indicated:

**VIA FIRST CLASS MAIL AND EMAIL**
Evan T. Miller, Esquire
SAUL EWING LLP
1201 North Market St., 23rd Floor
Wilmington, DE 19801
Email: evan.miller@saul.com

**VIA EMAIL**
Ryan Coy, Esquire
Carmen Contreras-Martinez, Esquire
Paige Topper, Esquire
SAUL EWING LLP
Email:
ryan.coy@saul.com
carmen.contreras-martinez@saul.com
paige.topper@saul.com

Dated: January 15, 2026　　　　　　　　**AUSTRIA LEGAL, LLC**

　　　　　　　　　　　　　　　　　　<u>*/s/ Matthew P. Austria*</u>
　　　　　　　　　　　　　　　　　　Matthew P. Austria (No. 4827)
　　　　　　　　　　　　　　　　　　1007 N. Orange St., 4th Floor
　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　Telephone: (302) 521-5197
　　　　　　　　　　　　　　　　　　Fax: (302) 291-1722
　　　　　　　　　　　　　　　　　　Email: maustria@austriallc.com

　　　　　　　　　　　　　　　　　　***Counsel for Defendants***