IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO. and WALGREENS BOOTS ALLIANCE, INC.,<br><br>Defendants. | Adv. Proc. No. 25-50387 (KBO) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>WALGREENS BOOTS ALLIANCE, INC *dba* WALGREEN CO. and WALGREENS,<br><br>Defendant. | Adv. Proc. No. 25-50453 (KBO) |

**CERTIFICATION OF COUNSEL REGARDING**
**PROPOSED SCHEDULING ORDER**

The undersigned counsel to George L. Miller, in his capacity as chapter 7 trustee for the

bankruptcy estates of Akorn Holding Company LLC, Akorn Intermediate Company LLC, and

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

57070238.1

Akorn Operating Company, LLC, and as plaintiff in the above-captioned adversary proceedings ("**Plaintiff**"), hereby certifies and states as follows:

1. On February 23, 2025, Plaintiff filed the adversary proceeding docketed as Adv. Proc. No. 25-50387 (the "**Preference Matter**").

2. On March 25, 2025, Plaintiff filed the adversary proceeding docketed as Adv. Proc. No. 25-50453 (together with the Preference Matter, "**Walgreens Actions**.")

3. The parties to the Walgreens Actions have discussed and agreed to a revised, combined scheduling order attached hereto as **Exhibit A.**

WHEREFORE, Plaintiff respectfully requests that the Scheduling Order, attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

| | |
|---|---|
| Dated: January 16, 2026<br>Wilmington, Delaware | **SAUL EWING LLP**<br><br>*/s/ Evan T. Miller*<br>Evan T. Miller (DE Bar No. 5364)<br>Paige N. Topper (DE Bar No. 6470)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800<br>evan.miller@saul.com<br>paige.topper@saul.com<br><br>-and-<br><br>Carmen Contreras-Martinez (admitted *pro hac vice*)<br>701 Brickell Ave, 17th Floor<br>Miami, FL 33131<br>Telephone: (305) 428-4500<br>carmen.contreras-martinez@saul.com<br><br>*Special Counsel to Plaintiff* |

57070238.1