## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>　　　　　Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>WALGREEN CO. and WALGREENS BOOTS ALLIANCE, INC.,<br><br>　　　　　Defendants. | Adv. Proc. No. 25-50387 (KBO) |
| GEORGE MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>WALGREENS BOOTS ALLIANCE, INC *dba* WALGREEN CO. and WALGREENS,<br><br>　　　　　Defendant. | Adv. Proc. No. 25-50453 (KBO) |

## STATUS REPORT

Plaintiff George Miller, solely as Chapter 7 Trustee for the bankruptcy estates of Akorn

Holding Company LLC, et al. ("**Plaintiff**"), submits this status report regarding the status of the

---

[1]　　The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

58420521.1

above-captioned adversary proceeding against Walgreens Boots Alliance, Inc. *dba* Walgreen Co. and Walgreens (the "**Defendant**").

On February 23, 2025, Plaintiff filed the adversary proceeding docketed as Adv. Proc. No. 25-50387 (the "**Preference Matter**").  On March 25, 2025, Plaintiff filed the adversary proceeding docketed as Adv. Proc. No. 25-50453 (the "**A/R Matter**," together with the Preference Matter, "**Walgreens Actions**.").  Defendant filed an answer to the Complaint in both Walgreens Actions on August 22, 2025.  [Preference Matter Adv. D.I. 13; A/R Matter Adv. D.I. 13]

On June 25, 2026, the Court entered the most recent *Combined Scheduling Order* [Preference Matter Adv. D.I. 29; A/R Matter Adv. D.I. 34], which establishes the following key dates for the discovery process:

- Fact discovery must be completed by August 28, 2026.

- On or before August 28, 2026, the parties must file a stipulation regarding appointment of a mediator and schedule for the participation in a mediation.

- Three weeks after the conclusion of mediation, the parties must provide their expert reports for issues where parties bear the burden of proof, with rebuttal reports required by six weeks after the conclusion of mediation.

- No later than 30 days after the close of all discovery, all dispositive motion shall be filed and served by the parties, if any.

The parties have exchanged initial disclosures and written discovery requests.  Plaintiff received Defendant's responses to Plaintiff's requests on December 2, 2025.  Plaintiff served their responses to Defendant's requests on December 29, 2025.  The parties engaged in a meet and confer on January 22, 2026.

The parties also actively continue to discuss a possible resolution of this adversary proceeding, however, if a resolution cannot be reached, then discovery will continue. The parties continue to work diligently to meet the established deadlines and ensure compliance with all requirements.

58420521.1

Dated: August 5, 2026
Wilmington, Delaware

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com

*Special Counsel to the Chapter 7 Trustee*
*Counsel to Plaintiff*

58420521.1